AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MICHAEL LAURENZANO PHOTOGRAPHY INC, a Florida Corporation, <br><br> *Plaintiff(s)* <br><br> v. <br><br> TALBOT SUTTER, JAMES PAVLIK, and SUTTER&NUGENT, LLC, a Florida Limited Liability Company, <br><br> *Defendant(s)* | Civil Action No. 9:25-cv-80787-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Talbot Sutter
Sutter&Nugent, LLC
3955 Florida Blvd.
Palm Beach Gardens, FL  33410

[or alternatively:  19153 SE Jupiter River Dr., Jupiter, FL  33458-1023]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan T. Santurri, Esq.
Allen, Dyer, Doppelt + Gilchrist, P.A.
255 S. Orange Avenue, Suite 1401
Orlando, FL  32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 24, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| MICHAEL LAURENZANO PHOTOGRAPHY INC, a Florida Corporation, *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 9:25-cv-80787-RLR |
| TALBOT SUTTER, JAMES PAVLIK, and SUTTER&NUGENT, LLC, a Florida Limited Liability Company, *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  James Pavlik
530 Privateer Rd.
North Palm Beach, FL   33408-4332

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Ryan T. Santurri, Esq.
> Allen, Dyer, Doppelt + Gilchrist, P.A.
> 255 S. Orange Avenue, Suite 1401
> Orlando, FL  32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jun 24, 2025

Angela E. Noble
Clerk of Court

SUMMONS

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MICHAEL LAURENZANO PHOTOGRAPHY INC, a Florida Corporation, *Plaintiff(s)* <br><br> v. <br><br> TALBOT SUTTER, JAMES PAVLIK, and SUTTER&NUGENT, LLC, a Florida Limited Liability Company, *Defendant(s)* | Civil Action No. 9:25-cv-80787-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sutter&Nugent, LLC
c/o Talbot Keating Sutter, Registered Agent
3955 Florida Blvd.
Palm Beach Gardens, FL  33410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan T. Santurri, Esq.
Allen, Dyer, Doppelt + Gilchrist, P.A.
255 S. Orange Avenue, Suite 1401
Orlando, FL  32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**SUMMONS**

Date: Jun 24, 2025

Angela E. Noble
Clerk of Court

s/ W. Cendejas
Deputy Clerk
U.S. District Courts